■ In the Matter of ROBERT J. HEALY.—Motion for leave to renew application for admission to the Bar denied. Concur—Milonas, J. P., Rosenberger, Asch, Kassal and Rubin, JJ.